**Michael Kenneth BLANK, Appellant,**

v.

**Frank DIETRICH, et al., Respondents.**

**No. ED 81974.**

Missouri Court of Appeals,
Eastern District,
Division One.

Nov. 25, 2003.

Candace A. Bante, Hillsboro, MO, for appellant.

Kenneth C. Brostron, Sarah K. Hackworth, Lashly & Baer, P.C., St. Louis, MO, for respondent.

Before GARY M. GAERTNER, SR., P.J., ROBERT J. DOWD, JR., J. and MARY R. RUSSELL, J.

## ORDER

PER CURIAM.

Appellant, Michael Kenneth Blank, appeals from the summary judgment of the Circuit Court of Jefferson County, entered in favor of respondents, Frank Dietrich, et al. We affirm.

We have reviewed the briefs of the parties and the record on appeal and find the judgment is supported by competent and substantial evidence. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment pursuant to Rule 84.16(b).